MARK REICHEL ATTORNEY AT LAW
455 Capitol Mall, 8th Floor
Sacramento, CA 95814
(916) 498-9258

Attorney for Defendant
LARRY EBERLE

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>       v.<br><br>LARRY EBERLE,<br><br>             Defendant. | CASE NO.  2:24-CR-00156 DAD<br><br>STIPULATION TO RE SET DATE FOR ADMIT OR DENY HEARING<br><br>DATE: December 3, 2024<br>TIME: 9:30 a.m.<br>COURT: Hon. Dale A. Drozd |

**STIPULATION**

It is hereby stipulated between the parties that the date for this hearing shall be re-calendared for December 3, 2024. Defense counsel is waiting for results of a state court hearing about the underlying conduct.

There is no need for an exclusion of time under the Speedy Trial Act.

   IT IS SO STIPULATED.

Dated:  October 9, 2024                         PHILLIP A. TALBERT
                                                United States Attorney


                                                /s/ ZULKAR KHAN
                                                ZULKAR KHAN
                                                Assistant United States Attorney


Dated: October 9, 2024                          /s/ MARK J. REICHEL
                                                MARK REICHEL
                                                Attorney for defendant

STIPULATION TO RE SET DATE FOR
ADMIT/DENY HEARING

1

**ORDER**

Pursuant to the stipulation of the parties and good cause appearing, the admit or deny hearing scheduled for October 15, 2024 is continued to December 3, 2024 at 9:30 a.m. before the undersigned.

IT IS SO ORDERED.

Dated: **October 10, 2024**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE

STIPULATION TO RE SET DATE FOR
ADMIT/DENY HEARING

2