MARK REICHEL ATTORNEY AT LAW
455 Capitol Mall, 8th Floor
Sacramento, CA 95814
(916) 498-9258

Attorney for Defendant
LARRY EBERLE

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>      v.<br><br>LARRY EBERLE,<br><br>                Defendant. | CASE NO. 2:24-CR-00156 DAD<br><br>STIPULATION TO RE SET DATE FOR ADMIT OR DENY HEARING<br><br>DATE: January 13, 2025<br>TIME: 9:30 a.m.<br>COURT: Hon. Dale A. Drozd |

**STIPULATION**

It is hereby stipulated between the parties that the date for this hearing shall be re calendared for January 13, 2025. Defense counsel is in another court that day in Trinity County, California for a settlement conference in a serious felony, kidnapping and armed robbery, with 3 co-defendants; as well, defense counsel is still researching and negotiating with the government on the issue of the defendant's violation, and hopes to avoid an evidentiary hearing through discussions

There is no need for an exclusion of time under the Speedy Trial Act.

      IT IS SO STIPULATED.

Dated: November 26, 2024                        PHILLIP A. TALBERT
                                                  United States Attorney

                                                  /s/ ZULKAR KHAN
                                                  ZULKAR KHAN
                                                  Assistant United States Attorney

Dated: November 26, 2024                    /s/ MARK J. REICHEL
                                            MARK REICHEL
                                            Attorney for defendant

## ORDER

Pursuant to the stipulation of the parties and good cause appearing, the admit or deny hearing in this case is continued from December 3, 2024 to January 13, 2025 at 9:30 a.m.

IT IS SO ORDERED.

Dated:   **November 26, 2024**                    _/s/ Dale A. Drozd_
                                            DALE A. DROZD
                                            UNITED STATES DISTRICT JUDGE

STIPULATION TO RE SET DATE FOR
ADMIT/DENY HEARING

2