**Mark Reichel SBN 155034**
**Reichellaw PC**
455 Capitol Mall, Suite 802
Sacramento, CA 95814
Telephone: 916.548.7398
Facsimile: 888.505.9331

Attorney for LARRY EBERLE

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) Case No: 2:24-cr-00156-DAD-1 |
| Plaintiff | ) |
| vs. | ) **WAIVER OF APPEARANCE FED.** ) **R. CRIM. PRO 43** |
| LARRY EBERLE | ) **The HONROABLE DALE A. DROZD** ) **United States District Court Judge** |
| Defendant | ) |

    Pursuant to Rule 43 of the Federal Rules of Criminal Procedure, the defendant hereby waives the right to be present in person in open court upon the hearing of any motion or other proceeding in this case, including, but not limited to, when the case is set for trial, when a continuance is ordered, and when any other action is taken by the court before or after trial, except upon arraignment, plea, impanelment of jury and imposition of sentence.

    Defendant hereby requests the Court to proceed during every absence which the Court may permit pursuant to this waiver; agrees that defendant's interest will be deemed represented at all times by the presence of the defendant's

attorney, the same as if the defendant were personally present; and further agrees to be present in court ready for trial any day and hour the court may fix in the defendant's absence.

The defendant further acknowledges being informed of the rights under Title 18 U.S.C. __ 3161-3174 (Speedy Trial Act), and authorizes the defendant's attorney to set times and dates under that Act without the defendant's personal presence.

The original signed copy of this waiver is being preserved by the attorney undersigned.

Dated: Marc 1 2025

*LARRY EBERLE*
(Original retained by attorney)

I agree with and consent to my client's waiver of appearance.

Dated: March 1, 2025

*s/ Mark J. Reichel*
MARK J. REICHEL
Attorney for Defendant

ORDER

IT IS SO ORDERED.

Dated: **March 3, 2025**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE